**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MARCUS W. FIELDS,                                                        PLAINTIFF
ADC #150118

v.                               No. 2:14CV00056 JLH/JTR

TODD BALL, Deputy Warden,
East Arkansas Regional Unit, *et al.*                          DEFENDANTS

<u>**JUDGMENT**</u>

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of

defendants, and this case is dismissed without prejudice.  This action is hereby terminated, and the

Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 5th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE